UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MCGEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF HERCULES, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-05161-TSH<br><br>**ORDER DENYING MOTION TO STRIKE**<br><br>Re: Dkt. No. 61 |

On December 17, 2024, the Court directed Plaintiff to file any opposition to Defendants' motion for judgment on the pleadings (ECF No. 29) by January 9, 2025, and directed Defendants to file any reply "by January 23, 2025, or within 14 days of when the Clerk of Court enters Plaintiff's opposition in ECF, *whichever is later*." ECF No. 56 (emphasis added). Plaintiff subsequently filed his opposition on December 30 (ECF No. 58), and Defendants filed their reply on January 23 (ECF No. 60).

Plaintiff now moves to strike Defendants' reply, arguing it is 10 days late. ECF No. 61. Plaintiff states that his opposition was entered on the docket on December 30, so Defendants had until January 13 to file their reply. However, as stated in the Court's December 17 order, the deadline for Defendants' reply was triggered by which of the two potential deadlines occurred *later*. Thus, because Defendants filed their reply in compliance with the Court's order, Plaintiff's motion to strike is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 30, 2025

THOMAS S. HIXSON
United States Magistrate Judge